**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CHRIS WILLIAMS**                                                                                     **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO.:** 2:24-cv-145-KS-MTP

**LEAF RIVER CELLULOSE, LLC**                                                  **DEFENDANT**

**COMPLAINT
<u>JURY TRIAL DEMANDED</u>**

**COMES NOW** Plaintiff, Chris Williams, by and through counsel, Watson & Norris, PLLC, brings this action to recover damages for violations of his rights pursuant to the Age Discrimination in Employment Act (ADEA), for age discrimination against the Defendant, Leaf River Cellulose, LLC.  In support of this cause, Plaintiff would show unto the Court the following facts to-wit:

**<u>THE PARTIES</u>**

1.      Plaintiff, Chris Williams, is an adult male resident of Perry County, Mississippi.

2.      Defendant, Leaf River Cellulose, LLC, is a Delaware limited liability corporation licensed to do business in the state of Mississippi that may be served with process by serving its registered agent, United Agent Group, Inc., 7 Professional Pkwy #101, Hattiesburg, Mississippi 39402.

**<u>JURISDICTION AND VENUE</u>**

3.      This Court has federal question jurisdiction for actions that arise under the ADEA.

4.      This Court has jurisdiction over the parties and venue is proper in this Court.

5.      Plaintiff timely filed a Charge of Discrimination with the EEOC on August 2,

2024, a true and correct copy of which is attached as Exhibit "A." The EEOC issued a Notice of Right to Sue on August 21, 2024, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files these causes of action within ninety (90) days of receipt of his Notice of Right to Sue.

## **STATEMENT OF FACTS**

6. Plaintiff is a 45-year-old male resident of Perry County, Mississippi.

7. Plaintiff was hired on January 3, 2008, as a Pulp Mill Operator (PMO) at Leaf River Cellulose, LLC (LRC).

8. Plaintiff had a long tenure of stellar performance in his role at LRC.

9. Around the beginning of 2023, AJ Courtney was hired as the new Operations Shift Leader.

10. It was common for LRC to have six PMOs per shift.

11. During or around the first week of March 2024, Mr. Courtney hired a seventh PMO, Tayte Walters (19-year-old male).

12. This action confused Plaintiff, because there was not enough work to warrant hiring a seventh PMO.

13. When Mr. Walters was hired, Mr. Courtney placed Mr. Walters on the same shift as Plaintiff.

14. Mr. Walter's Lead Operator, Tyler Hill, instructed Plaintiff to train Mr. Walters.

15. Plaintiff complied with this instruction.

16. On April 9, 2024, OSL Leader AJ Cortney and Production Leader Wesley James informed Plaintiff that he was being written up for "integrity".

17. Plaintiff disputes this allegation as baseless.

18.     On April 16, 2024, Human Resources Business Partner Brianna Welford informed Plaintiff that he was terminated, allegedly for failing to meet performance expectations.

19.     Plaintiff contends this allegation is false and a pretext for discrimination against him due to age.

20.     Plaintiff contends he was discriminated against due to his age and replaced with a substantially younger and less qualified/experienced employee, i.e., Mr. Walters.

21.     After Plaintiff was terminated, he filed for Unemployment with the Mississippi Department of Employment Security (MDES).

22.     Although LRC had previously alleged misconduct as the basis for his termination, the employer made no such allegation to MDES and Plaintiff's bid for unemployment benefits was approved.

23.     On August 2, 2024, Plaintiff filed an EEOC Charge of age discrimination against LRC.

## CAUSES OF ACTION

## COUNT I: VIOLATION OF THE ADEA – AGE DISCRIMINATION

24.     Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 23 above as if fully incorporated herein.

25.     Defendant has discriminated against Plaintiff because of his age based on the facts identified above which constitutes a violation of the ADEA.

26.     Plaintiff has suffered lost wages and benefits as a result of Defendant's discriminatory acts.

27.     The unlawful actions of Defendant complained of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

3

## **PRAYER FOR RELIEF**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully prays that the

Court cause service to issue in this cause upon the Defendant and that this matter be

set for trial.  Upon trial by jury thereon, Plaintiff prays that the following relief be granted:

1.    Back wages;
2.    Reinstatement or future pay in lieu of reinstatement;
3.    Liquidated damages;
4.    Attorney's fees;
5.    Lost benefits;
6.    Pre-judgement and post-judgment interest;
7.    Costs and expenses; and
8.    Such further relief as is deemed just and proper.

THIS the 13th day of September 2024.

Respectfully submitted,

CHRIS WILLIAMS, PLAINTIFF

By:  /s Louis H. Watson, Jr.          _
        LOUIS H. WATSON, JR.   (MB# 9053)
        NICK NORRIS (MB# 101574)
        Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
4209 Lakeland Drive # 365
Flowood, Mississippi 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
louis@watsonnorris.com
nick@watsonnorris.com

4