UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION (HATTIESBURG)

| | |
|---|---|
| **CHRIS WILLIAMS** | **Civil Action No. 2:24-cv-00145-KS-MTP** |
| **PLAINTIFF** | **District Judge Keith Starrett** |
| **VERSUS** | **Magistrate Judge Michael T. Parker** |
| **LEAF RIVER CELLULOSE, LLC** | |
| **DEFENDANT** | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff Chris Williams ("Plaintiff") and Defendant Leaf River Cellulose LLC ("Defendant") who jointly move this Court to dismiss this case with prejudice, with each party to bear their own costs.

*/s/ Nick Norris*
Louis H. Watson, Jr., MS Bar No. 9053
Nick Norris, MS Bar No. 101574
Jane Ashley Watson, MS Bar No. 106877
Watson & Norris, PLLC
4209 Lakeland Dr., Suite 365
Flowood, MS 39232-9212
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
nick@watsonnorris.com
jane@watsonnorris.com
*Attorneys for Plaintiff Chris Williams*

*/s/ Hal D. Ungar*
Hal D. Ungar, MS Bar No. 102743
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email: hal.ungar@ogletreedeakins.com
caroline.donze@ogletreedeakins.com
*Attorneys for Defendant Leaf River Cellulose LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2025, a copy of the above and foregoing has been served on all counsel of record via the Court's CM/ECF system.

>   */s/ Hal D. Ungar*
>   Hal D. Ungar