**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION (HATTIESBURG)**

**CHRIS WILLIAMS**                                                                                          **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO. 2:24-cv-00145-KS-MTP**

**LEAF RIVER CELLULOSE, LLC**                                                              **DEFENDANT**

### O R D E R

Considering the Joint Motion to Dismiss with Prejudice filed by Plaintiff Chris Williams ("Plaintiff") and Defendant Leaf River Cellulose LLC,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant Leaf River Cellulose LLC, are dismissed, with prejudice, with each party to bear its own costs.

Hattiesburg, Mississippi, this __2nd__ day of September, 2025.

_____
KEITH STARRETT
U.S. SENIOR DISTRICT JUDGE