IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRIS WILLIAMS**                                                                     **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 2:24-CV-145 -KS-MTP**

**LEAF RIVER CELLULOSE, LLC**                                      **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered this date, the Court hereby dismisses this case with prejudice, with each party to bear their own costs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this entire case is hereby dismissed.

SO ORDERED AND ADJUDGED, this 2nd day of September, 2025.

                                                             */s/ Keith Starrett*
                                                             KEITH STARRETT
                                                             UNITED STATES DISTRICT JUDGE